■ IRVING SCHWARTZBERG, Appellant, v. THOMAS J. McHUGH et al., Constituting the Commission of Correction of the State of New York, Respondents.— Appeal from an order of the Supreme Court at Special Term which denied a petition under article 78 of the Civil Practice Act which sought to annul a determination of the Commissioner of Correction in refusing to allow a discretionary reduction of sentence on petitioner's minimum sentence. Special Term properly denied the motion and dismissed the proceeding on the authority of *People ex rel. Williams* v. *Jackson* (5 A D 2d 922). Order unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ.